People v Williams (2025 NY Slip Op 05705)

People v Williams

2025 NY Slip Op 05705

Decided on October 15, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 15, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

FRANCESCA E. CONNOLLY, J.P.
LARA J. GENOVESI
ROBERT J. MILLER
LILLIAN WAN, JJ.

2012-07663
 (Ind. No. 501/10)

[*1]The People of the State of New York, respondent,
v
Paul Williams, appellant.

Paul Williams, Ossining, NY, appellant pro se.
Melinda Katz, District Attorney, Kew Gardens, NY (Johnnette Traill, Nancy Fitzpatrick Talcott, and Roni C. Piplani of counsel), for respondent.

DECISION & ORDER
Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated January 26, 2022 (People v Williams, 201 AD3d 969), affirming a judgment of the Supreme Court, Queens County, rendered July 25, 2012.
ORDERED that the application is denied.
The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see Jones v Barnes, 463 US 745; People v Stultz, 2 NY3d 277). 
CONNOLLY, J.P., GENOVESI, MILLER and WAN, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court